USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
PHYLIS TANZ,

                Plaintiff,

-against-                                      08 Civ. 1462 (LAK)

EUGENE KASAKOVE, et ano.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        No amended complaint having been filed in accordance with the Court's February 20, 2008 order, the action is dismissed for lack of subject matter jurisdiction.

        SO ORDERED.

Dated:     March 5, 2008

                                                   _____
                                                   Lewis A. Kaplan
                                                   United States District Judge