Robert J. Grand
**DREIER LLP**
499 Park Avenue
New York, NY 10022
(212) 328-6100
*Attorneys for Defendants*
*Eugene Kasakove and*
*Markas Financial Services, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

PHYLLIS TANZ,

      Plaintiff,

  -against-

EUGENE KASAKOVE and
MARKAS FINANCIAL SERVICES, INC.,

      Defendants.

-----------------------------------------------------------------x

: **ECF CASE**

: Case No.
: 08 Civ. 1462 (LAK)

: **NOTICE OF APPEARANCE**

  PLEASE TAKE NOTICE that on behalf of Defendants EUGENE KASAKOVE and MARKAS FINANCIAL SERVICES, INC., the undersigned attorneys appear as counsel of record.

  PLEASE TAKE FURTHER NOTICE that all pleadings, papers and documents required to be served in this action upon the plaintiff should be served upon the undersigned.

{00350647.DOC;}

Dated: New York, New York
       April 29, 2008

Respectfully submitted,

**DREIER LLP**

By: _____
       Robert J. Grand

499 Park Avenue
New York, New York 10022
(212) 328-6100

*Attorneys for Defendants*
*Eugene Kasakove and Markas Financial*
*Services, Inc.*

TO:

Richard M. Mortner
The Mortner Law Office, P.C.
40 Broad Street, 5th Floor
New York, NY 10004
*Attorneys for Plaintiff*
*Phyllis Tanz*

{00350647.DOC;}