KAPLON/J

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

RECEIVED MAY 07 2008 JUDGE KAPLAN'S CHAMBERS

------------------------------------------------------------- x

PHYLIS TANZ,

                    Plaintiffs,    :    CIVIL ACTION NO.
                                                      08-cv-01462-LAK

    -against-

                                                  **STIPULATION**

EUGENE KASAKOVE and
MARKAS FINANCIAL SERVICES, INC.,

                    Defendants.

------------------------------------------------------------- x

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, through their undersigned counsel, that:

    1.    Dreier LLP has acknowledged service of the Second Amended Complaint, dated March 17, 2008, on behalf of Defendants Eugene Kasakove and Markas Financial Services, Inc. ("Defendants"); and

    2.    Defendants shall, on or before May 23, 2008, answer, move, or otherwise respond to the Second Amended Complaint.

Dated: New York, New York
           April 29, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/08

[00346647.DOC.1]

RICHARD M. MORTNER, ESQ.

By: /s/ *signature*

Richard M. Mortner
40 Broad Street, 5th Floor
New York, NY 10004
(212) 480-2181

*Attorneys for Plaintiff*

DREIER LLP

By: /s/ *signature*

Robert J. Grand
499 Park Avenue
New York, New York 10022
(212) 328-6100

*Attorneys for Defendants Eugene Kasakove and Markas Financial Services, Inc.*

SO ORDERED this 7 day of May ~~April~~ 2008

/s/ *signature*
UNITED STATES DISTRICT COURT JUDGE