```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
Phylis Tanz,
                Plaintiff(s)

    V.
                                        08-cv-01462 (LAK)

Eugene Kasakove, et ano.,
                Defendant(s).
------------------------------x

### AMENDED ORDER RE SCHEDULING AND INITIAL PRETRIAL CONFERENCE

KAPLAN, District Judge.

This action having been assigned to me for all purposes, it is hereby,

ORDERED as follows:

1. Counsel receiving this order shall promptly mail copies hereof to all other counsel of record or, in the case of parties for which no appearance has been made, to such parties.

2. Counsel for **all** parties are directed to confer regarding an agreed scheduling order. If counsel are able to agree on a schedule **and the agreed schedule calls for filing of the pretrial order not more than six (6) months from the date of this order**, counsel shall sign and email a PDF of the proposed schedule to the Orders and Judgment Clerk* within seven (7) days from the date hereof by using the consent scheduling order form annexed for the Court's consideration. If such a consent order is not filed within the time provided, a conference will be held on **5/30/08** in courtroom 12 D, 500 Pearl Street, New York, New York at **10:30am.**

3. Any party desiring a conference with the Court for purposes of discussing settlement, narrowing of issues, or other pertinent pretrial matters may request a conference by letter.

4. Counsel should be aware that this case has been designated for Electronic Case Filing (ECF). It is the responsibility of counsel to become familiar with and follow ECF procedures. Information regarding the ECF system can be found on the Court's website at www.nysd.uscourts.gov.

Dated: May 19, 2008

                                                    _____
                                                    Lewis A. Kaplan
                                       United States District Judge

* Orders_and_Judgments@nysd.uscourts.gov