Robert J. Grand
DREIER LLP
499 Park Avenue
New York, New York 10022
(212) 328-6100

*Attorneys for Defendants Eugene Kasakove
and Markas Financial Services, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
PHYLIS TANZ,

                        Plaintiffs,    :  CIVIL ACTION NO.
                                            08-cv-01462-LAK

        -against-

                                            **NOTICE OF MOTION**

EUGENE KASAKOVE and
MARKAS FINANCIAL SERVICES, INC.,

                        Defendants.
------------------------------------------------------------------ x

     PLEASE TAKE NOTICE, that Defendants Eugene Kasakove and Markas Financial Services, Inc., upon filing of the accompanying memorandum of law, the Declaration of Eugene Kasakove, dated May 22, 2008, and the exhibits attached thereto, will move this Court before the Honorable Lewis A. Kaplan, United States Magistrate Judge, United States Courthouse, 500 Pearl Street, New York, New York, at such time as the Court directs, for

{00358091.DOC;}

an Order pursuant to Federal Rule of Civil Procedure Rule 12(b)(6), dismissing the Second Amended Complaint in its entirety.

Dated: New York, New York
      May 23, 2008

                DREIER LLP

                /s/ Robert Grand
                Robert J. Grand
                499 Park Avenue
                New York, New York 10022
                (212) 328-6100

                *Attorneys for the Defendants*