Robert J. Grand
DREIER LLP
499 Park Avenue
New York, New York 10022
(212) 328-6100

*Attorneys for Defendants Eugene Kasakove
and Markas Financial Services, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

PHYLIS TANZ,

                          Plaintiffs,

            -against-

EUGENE KASAKOVE and
MARKAS FINANCIAL SERVICES, INC.,

                         Defendants.

------------------------------------------------------------------- x

CIVIL ACTION NO.
08-cv-01462-LAK

**DECLARATION OF
EUGENE KASAKOVE**

       EUGENE KASAKOVE, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows:

       1.   I am a defendant in this action and the president of defendant, Markus Financial Services, Inc., (collectively, "Defendants"). I respectfully submit this Declaration in support of Defendants' Motion to Dismiss the Second Amended Complaint ("Complaint"). The purpose of this Declaration is to place before the Court copies of documents that Plaintiff has relied upon in drafting the Complaint and which are thus integral to the Complaint. Plaintiff had possession and knowledge of these documents when the Complaint was drafted.

{00356832.DOC;2}

2. Plaintiff mischaracterizes what she refers to in her Complaint as a $100,000 investment in a trucking company controlled by me. That "investment" was not in a trucking company, but rather was a loan to a company called The Markas Group, which is a division of defendant MFS. The Markas Group is a factoring business which operated to factor the receivables of a trucking company named Rainbow Transport Services, Inc.

3. In 2001, Plaintiff invested $100,000 in The Markas Group. Annexed hereto as Exhibit 1 are true and correct copies of three of the four $25,000 checks made out to The Markas Group from Plaintiff.

4. The loan to The Markas Group was likely one of the better investments that Plaintiff ever made. From 2002 through 2006 Plaintiff earned annual returns on her investment of more than a 20%, 15%, 13%, 13% and 18%, respectively. Annexed hereto as Exhibit 2 are true and correct copies of 1099-INT statements issued to Plaintiff reflecting interest earned from 2002 through 2006 on her investment with The Markas Group.

5. At Plaintiff's request, on or about July 10, 2003, I sent her a letter confirming her investment in The Markas Group. A true and correct copy of the July 10, 2003 letter is annexed hereto as Exhibit 3.

6. The July 10, 2003 letter states on its face that Plaintiff's interest income from the $100,000 investment in The Markas Group was not guranteed.

7. Plaintiff received the return of her $100,000 principal investment in The Markas Group in 2006. Annexed hereto as Exhibit 4 is a document reflecting the return of the $100,000 principal investment to Plaintiff.

Dated: May 22, 2008
      New York, New York

                                                                               */s/ Eugene Kasakove*
                                                                               Eugene Kasakove

# EXHIBIT 1

*PRT*

As per your instructions
here is check no ②
I am hanging in (as per
your instructions)

Hugs,
Phyllis

---

**PHYLLIS ROSOV TANZ**                      SALOMON SMITH BARNEY    **546**
                                            Select Client           65-7265/212

Aug 10 2001

Pay to the Order of  The Markas Group     $ 25,000 00/100

Twenty-five Thousand and 00/100 — Dollars

SALOMON SMITH BARNEY
FINANCIAL MANAGEMENT ACCOUNT℠
Citibank F.S.B.
Englewood Cliffs, NJ

                                          Phyllis Rosv Tanz

For _____

⑇021272655⑇  100366207⑇"  /0546

PRT

Here it is —
My faith in
you.  ☺

Hugs, Phyllis

---

**PHYLLIS ROSOV TANZ**  
SALOMON SMITH BARNEY Select Client  
548  
55-7265/212

Aug. 15 2001

Pay to the Order of: The Markas Group    $25,000 00/100

Twenty-five Thousand and 00/100 ——— Dollars

SALOMON SMITH BARNEY  
FINANCIAL MANAGEMENT ACCOUNT℠  
Citibank F.S.B.  
Englewood Cliffs, NJ  
CODE 071

Phyllis Rosov Tanz

For _____    ⑆021272655⑆ 100366207⑈  / 0548



PRT

I'm keeping the faith

Hugs

Phyllis

# EXHIBIT 2

| ☐ VOID | ☐ CORRECTED | | |
|---|---|---|---|
| PAYER'S name, street address, city, state, ZIP code, and telephone no.<br><br>MARKAS FINANCIAL SERVICES, INC.<br>167 STEPHENS PARK ROAD<br>HACKETTSTOWN, NJ 07840-5518 | Payer's RTN (optional) | OMB No. 1545-0112<br><br>**2002**<br><br>Form **1099-INT** | **Interest Income** |
| PAYER'S Federal identification number<br>22-2451269 | RECIPIENT'S identification number<br>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 | 1 Interest income not included in Box 3<br>$ 20,343.10 | Copy C<br>For Payer |
| RECIPIENT'S name<br><br>PHYLLIS ROSOV TANZ | | 2 Early withdrawal penalty<br>$ | 3 Interest on U.S. Savings Bonds and Treas. obligations<br>$ | For Privacy Act and Paperwork Reduction Act Notice, see the 2002 General Instructions for Forms 1099, 1098, 5498, and W-2G. |
| Street address (including apt. no.)<br>715 PARK AVENUE   10D | | 4 Federal income tax withheld<br>$ | 5 Investment expenses<br>$ | |
| City, state, and ZIP code<br>NEW YORK NY 10021-5047 | | 6 Foreign tax paid | 7 Foreign country or U.S. possession | |
| Account number (optional) | 2nd TIN not.<br>☐ | $ | | |

Form **1099-INT**                                                                Department of the Treasury - Internal Revenue Service

☐ VOID  ☐ CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | Payer's RTN (optional) | OMB No. 1545-0112 | |
|---|---|---|---|
| MARKAS FINANCIAL SERVICES, INC.<br>167 STEPHENS PARK ROAD<br>HACKETTSTOWN, NJ 07840-5518 | | **2003**<br>Form **1099-INT** | **Interest Income** |

| PAYER'S Federal identification number | RECIPIENT'S identification number | 1 Interest income not included in box 3 | |
|---|---|---|---|
| 22-2451269 | 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 | $ 15,091.76 | **Copy C**<br>**For Payer** |

| RECIPIENT'S name | 2 Early withdrawal penalty | 3 Interest on U.S. Savings Bonds and Treas. obligations | For Privacy Act and Paperwork Reduction Act Notice, see the 2003 General Instructions for Forms 1099, 1098, 5498, and W-2G. |
|---|---|---|---|
| PHYLLIS ROSOV TANZ | $ | $ | |
| Street address (including apt. no.) | 4 Federal income tax withheld | 5 Investment expenses | |
| 715 PARK AVENUE  10D | $ | $ | |
| City, state, and ZIP code | 6 Foreign tax paid | 7 Foreign country or U.S. possession | |
| NEW YORK NY 10021-5047 | | | |
| Account number (optional)    2nd TIN not. ☐ | $ | | |

Form **1099-INT**                                                     Department of the Treasury - Internal Revenue Service

---

Mrs. Phyllis Rosov Tanz
715 Parka Avenue Apt 10D
New York, NY 10021-5047

Dear Phyllis:

Enclosed with your Check in the amount of FOUR THOUSAND THREE HUNDRED EIGHTY SEVEN and 48/100 DOLLARS ($4,387.48) for the period of collections from August 1, through October 31, is an IRS form 1099 for your 2003 taxes showing the total interest paid for the fiscal year.

If you have any questions, please feel free to contact me by any of the means shown above.

Thank you for choosing THE MARKAS GROUP, a division of MARKAS FINANCIAL SERVICES, INC. as your source for financial investment.

Sincerely,

*[signature]*

Eugene L. Kasakove
President
ELK/es
Encls.
P.S. Enclosed is a check in the amount of $5,000.00 as a *RETURN OF PRINCIPAL*.

---

FINANCIAL MANAGEMENT FOR THE WAY YOU WANT TO LIVE



Form 1099-INT (2004) – Interest Income

- PAYER: MARKAS FINANCIAL SERVICES, INC., 167 STEPHENS PARK ROAD, HACKETTSTOWN, NJ 07840-5518
- PAYER'S Federal ID: 22-2451269
- RECIPIENT'S ID: 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
- RECIPIENT: PHYLLIS ROSGY TANZ, 715 PARK AVENUE 10D, NEW YORK, NY 10021-5047
- Box 1 Interest income: $13,194.54



| ☐ VOID | ☐ CORRECTED | | | |
|---|---|---|---|---|
| PAYER'S name, street address, city, state, ZIP code, and telephone no.<br><br>MARKAS FINANCIAL SERVICES, INC.<br>167 STEPHENS PARK ROAD<br>HACKETTSTOWN, NJ 07840-5518 | | Payer's RTN (optional) | OMB No. 1545-0112<br><br>**2006**<br>Form **1099-INT** | **Interest Income** |
| | | 1 Interest income<br>$ 18,297.81 | | |
| | | 2 Early withdrawal penalty<br>$ | | |
| PAYER'S federal identification number<br>22-2451269 | RECIPIENT'S identification number<br>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 | 3 Interest on U.S. Savings Bonds and Treas. obligations<br>$ | | Copy C<br>For Payer |
| RECIPIENT'S name<br><br>PHYLLIS ROSOV TANZ<br><br>Street address (including apt. no.)<br>715 PARK AVENUE    10D<br>City, state, and ZIP code<br>NEW YORK NY 10021-5047 | | 4 Federal income tax withheld<br>$ | 5 Investment expenses<br>$ | For Privacy Act and Paperwork Reduction Act Notice, see the 2006 General Instructions for Forms 1099, 1098, 5498, and W-2G. |
| | | 6 Foreign tax paid<br>$ | 7 Foreign country or U.S. possession | |
| | | 8 Tax-exempt interest<br>$ | 9 Specified private activity bond interest<br>$ | |
| Account number (see instructions) | 2nd TIN not.<br>☐ | | | |

Form **1099-INT**                                          Department of the Treasury - Internal Revenue Service

# EXHIBIT 3

**THE MARKAS GROUP**
**167 STEPHENS PARK ROAD**
**HACKETTSTOWN, NJ 07840**
TEL: (908) 850-3820   FAX: (908) 850-9455

July 10, 2003

Mrs. Phyllis R. Tanz
715 Park Avenue Apt 10D
New York City, NJ 10021-5047

Dear Phyllis:

In further reference to our conversation of the other day, this will confirm your investment with THE MARKAS GROUP, a Division of MARKAS FINANCIAL SERVICES, INC in the amount of ONE HUNDRED TOUSAND and NO/100 DOLLARS ($100,000.00). This letter and my signature thereon, will also serve to **Guarantee** your investment, as to principal. I cannot guarantee the income on your investment.

Should something happen to me; this letter will serve to advise the Executor of my Estate of the obligation, upon presentation of this letter to immediately return your invested funds, should no evidence exist that said funds were already returned.

Sincerely,

Eugene L. Kasakove
President and Individually

# EXHIBIT 4

THE MARKAS GROUP

1267

Date: 12/04/2006
Payee: INV-PHYLLIS ROSOV TANZ
Amount: $100,000.00
Account: THE MARKAS GROUP
Acct #: 7856345710



Memo: Principal Investment-Refunded in full

---

THE MARKAS GROUP

1267

Date: 12/04/2006
Payee: INV-PHYLLIS ROSOV TANZ
Amount: $100,000.00
Account: THE MARKAS GROUP
Acct #: 7856345710



Memo: Principal Investment-Refunded in full