Kaplan

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

PHYLIS TANZ,

                        Plaintiffs,         CIVIL ACTION NO.
                                             08-cv-01462-LAK

          -against-

                                             **STIPULATION**

EUGENE KASAKOVE and
MARKAS FINANCIAL SERVICES, INC.,

                        Defendants.

------------------------------------------------------------- x

       **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, through their undersigned counsel, that:

       1.    Plaintiff's time to Answer the Motion to Dismiss of Defendants Eugene Kasakove and Markas Financial Services, Inc. ("Defendants") shall be extended from June 2, 2008 to June 16, 2008; and

       2.    Defendants shall have until June 26, 2008, 2008, to reply.

Dated: New York, New York
          May 29, 2008

**RICHARD M. MORTNER, ESQ.**          **DREIER LLP**

By: _____                 By: _____

Richard M. Mortner                         Robert J. Grand
40 Broad Street, 5th Floor               499 Park Avenue
New York, NY 10004                      New York, New York 10022
(212) 480-2181                             (212) 328-6100

*Attorneys for Plaintiff*                     *Attorneys for Defendants Eugene*
                                                   *Kasakove and Markas Financial*
                                                     *Services, Inc.*

SO ORDERED this ___ day of May, 2008

_____
UNITED STATES DISTRICT COURT JUDGE

6/3/08

RECEIVED JUN 03 2008 JUDGE KAPLAN'S CHAMBERS

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/08