UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
PHYLIS TANZ,

        Plaintiffs,  : CIVIL ACTION NO.
               : 08-cv-01462-LAK
   -against-

                **STIPULATION OF**
EUGENE KASAKOVE and      **DISCONTINUANCE**
MARKAS FINANCIAL SERVICES, INC.,  **PURSUANT TO FED.**
                **R. CIV. P. 41(a)**
       Defendants.
------------------------------------------------------------------- x

  **WHEREAS**, no party is an infant or an incompetent person for whom a committee or conservatee has been appointed, and no person not a party has an interest in the subject matter of the action; and

  **WHEREAS**, the plaintiff Phyllis Tanz has raised claims in the above- captioned action, which claims have been denied by defendants Eugene Kasakove and Markas Financial Services, Inc., and

  **WHEREAS**, the parties desire to resolve all claims, defenses, and matters raised by Plaintiff, and

  **WHEREAS**, the parties have entered into a Settlement Agreement and Release ("Settlement Agreement"), pursuant to which they desire to resolve all matters that were raised by Plaintiff, and

  **IT IS HEREBY STIPULATED AND AGREED** by all parties through their undersigned counsel that:

{00375899.DOC;2}

The above-captioned action is hereby dismissed with prejudice and without costs to any party.

Dated: New York, New York
August 1 ~~July~~ , 2008

**RICHARD M. MORTNER, ESQ.**
By: /s/ Richard M. Mortner

Richard M. Mortner
40 Broad Street, 5th Floor
New York, NY 10004
(212) 480-2181

*Attorneys for Plaintiff*

**DREIER LLP**
By: /s/ Robert J. Grand

Robert J. Grand
499 Park Avenue
New York, New York 10022
(212) 328-6100

*Attorneys for Defendants Eugene Kasakove and Markas Financial Services, Inc.*

SO ORDERED this ___ day of August, 2008

_____
UNITED STATES DISTRICT COURT JUDGE